■ In the Matter of MARIA H., a Person Alleged to be a Juvenile Delinquent, Appellant. [644 NYS2d 634]

The Family Court properly determined that the school security officials had reasonable suspicion to search the appellant student for a weapon *(see, Matter of Gregory M.,* 82 NY2d 588).

The appellant's remaining contention is without merit *(see, People v Saunders,* 85 NY2d 339). Bracken, J. P., O'Brien, Goldstein and Florio, JJ., concur.